United States District Court
Southern District of Texas

**ENTERED**

July 29, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DEBORAH ELAINE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-5554 |
| | § | |
| FRANK BISIGNANO, *Commissioner of* | § | |
| *Social Security Administration*, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

This court has reviewed the Report and Recommendation of United States Magistrate Judge Dena Hanovice Palermo on the Commissioner's Unopposed Motion to Remand, (Docket Entry No. 15), and made a de novo determination. *See* FED. R.CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.1989) (per curiam). Judge Palermo recommended granting the Commissioner's unopposed motion and remanding the case to the Commissioner for further administrative proceedings. Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. An order of remand to the Commissioner is separately entered.

SIGNED on July 28, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge